```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 07-6177-SNOW
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTIAN CALECA, et al.,

    Defendants.
_____/

## AMENDED ORDER

THIS CAUSE is before the Court on counsel James Mutchnik's Application to Appear *Pro Hac Vice* (DE 58) on behalf of defendant **Misao Hioki**. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. James Mutchnik, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Misao Hioki** in this cause; Jeffrey Crockett, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of July, 2007.

                                        */s/ Lurana S. Snow*
                                 LURANA S. SNOW
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**SERVICE LIST**

**CASE NO. 07-6177-SNOW**

---

John Dugan, DOJ
Robert Brochin, Esq. (D-Caleca and Local Counsel for Klawiter and
                                                  Driscoll)
Donald Klawiter, Esq. (D-Caleca)
Jennifer Driscoll, Esq. (D-Caleca)
Jeff Crockett, Esq. (D-Hioki and Local Counsel for Casamassima and
                                                  Mutchnik)
Christopher Casamassima, Esq. (D-Hioki)
James Mutchnik, Esq. Esq. (D-Hioki)
David Markus, Esq. (D-Scaglia and Local Counsel for Gerger)
David Gerger, Esq. (D_Scaglia)
Marc Seitles, Esq. (D-Scodeggio and Local Counsel for Pomeranz,
                                            Griffin and Hennessy)
Diana Pomeranz, Esq. (D-Scodeggio)
James Griffin, Esq. (D-Scodeggio)
Matt Hennessy, Esq. (D-Scodeggio)


Ms. Catherine Wade (MIA)
  Executive Service Administrator